IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JACK HOWELL and KATHY HOWELL,

    Plaintiffs,

v.                              No. 2:15-CV-01011-GBW-SMV

HOWMEDICAL OSTEONICS CORPORATION,
d/b/a STRYKER ORTHOPAEDICS,

    Defendant.

**STIPULATED ORDER GRANTING DEFENDANT HOWMEDICA
OSTEONICS CORP.'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

THIS MATTER having come before the Court upon the Unopposed Motion of Defendant Howmedica Osteonics Corp. ("HOC") for an Extension of Time to Respond to Plaintiffs' Complaint, the parties having appeared by and through their respective counsel of record, the Court having read HOC's Unopposed Motion for Extension of Time, reviewed the Court file, and being otherwise fully advised on the premises,

FINDS:

Defendant HOC's Unopposed Motion for Extension of Time is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Howmedica Osteonics Corp. be, and hereby is, granted an extension of time until Friday, December 18, 2015 to file its answer or other responsive pleading to Plaintiffs' Complaint.

            HONORABLE STEPHAN M. VIDMAR

            *[signature]*
            U.S. Magistrate Judge

Jointly submitted and approved:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By /s/ Eric R. Burris
 Eric R. Burris
 Thomas J. Bunting
 201 Third Street NW, Suite 1700
 Albuquerque, NM 87102
 Telephone: 505.244.0770
 Facsimile: 505.244.9266
 Email: eburris@bhfs.com; tbunting@bhfs.com

 *Attorneys for Defendant Howmedica Osteonics Corp*

LOPEZ, DIETZEL & PERKINS, P.C.

By Approved via email on 11/10/15
 Cathryn L. Wallace
 P.O. Box 1289
 Silver City, NM 88061
 Telephone: 575.538.2925
 Email: cathryn@ldplawfirm.com

 *Attorneys for Plaintiffs*

015216\0007\13828626.1